## 30393. WORTHEM v. THE STATE.

UNDERCOFLER, Presiding Justice.

The only error presented in this appeal is whether the trial court erred in failing to charge without request on the impeachment of the appellant as a witness. We find no error. *Harvey v. State,* 233 Ga. 41 (4) (209 SE2d 587) (1974); *Williams v. State,* 222 Ga. 208 (149 SE2d 449) (1966).

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 3, 1975 — DECIDED NOVEMBER 4, 1975.

*Robert C. Montgomery,* for appellant.

*William H. Ison, District Attorney, Michael D. Anderson, Assistant District Attorney,* for appellee.